IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALTON E. BUCK                                                                             PLAINTIFF

VS.                                    CASE NO. 4:05CV001341 JMM

SILVER SPRINGS COUNTRY CLUB, LLC.                                 DEFENDANT

## ORDER OF DISMISSAL

Plaintiff's Motion to Dismiss with Prejudice filed on June 5, 2006, is granted (#12).  Any and all claims asserted by plaintiff Alton E. Buck against defendant, Silver Springs Country Club are dismissed with prejudice.

IT IS SO ORDERED THIS 6  day of June, 2006.


_____
James M. Moody
UNITED STATES DISTRICT JUDGE